# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**919**
**CAF 16-00102**
PRESENT: PERADOTTO, J.P., LINDLEY, NEMOYER, AND SCUDDER, JJ.

IN THE MATTER OF ONEIDA COUNTY DEPARTMENT OF
SOCIAL SERVICES, ON BEHALF OF CARINA J. PUGH,
PETITIONER-APPELLANT,

V                                                          ORDER

ADRIAN THOMAS, RESPONDENT-RESPONDENT.

TRACY L. PUGLIESE, ROME, FOR PETITIONER-APPELLANT.

---------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (Julia Brouillette, J.), entered June 19, 2015 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of petitioner to the corrected order of a Support Magistrate and confirmed the corrected order.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: November 10, 2016                    Frances E. Cafarell
                                              Clerk of the Court